UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

ROBERT L. OWINGS,                      )

            Plaintiff,            )

                                   )

    vs.                               )       Case No. 2:05CV00022 ERW

                                   )

JO ANNE B. BARNHART,              )

Commissioner of Social Security,      )

                                   )

            Defendant.         )

## ORDER

       This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge David D. Noce [doc. #13]. The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation.

       Accordingly,

       **IT IS HEREBY ORDERED** that Defendant Commissioner of Social Security's Motion to Reverse and Remand [doc. #11] is **GRANTED**.

       **IT IS FURTHER ORDERED** that, under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff Robert Owings disability benefits is **REVERSED**. The above-styled action is **REMANDED** to the Commissioner for further proceedings in accordance with the Report and Recommendation.

       Dated this <u>26th</u> day of October, 2005.

                                  *E. Richard Webber*

                               _____

                               E. RICHARD WEBBER
                               UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com